UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA CHAPTER OF ASSOCIATED BUILDERS AND CONTRACTORS, INC., NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., and LAKETOWN ELECTRIC CORPORATION,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of State of Minnesota, NICOLE BLISSENBACH, in her official capacity as the Commissioner of the Minnesota Department of Labor and Industry,<br><br>　　　　　　　　　　　Defendants. | Court File No. 24-cv-00536 (KMM/ECW)<br><br>**MEET AND CONFER STATEMENT** |

I, Thomas Revnew, representing Minnesota Chapter Of Associated Builders and Contractors, Inc., National Federation of Independent Business, Inc., and Laketown Electric Corporation ("Plaintiffs") hereby certify that the undersigned Plaintiffs' counsel met and conferred with Nick Pladson and Benjamin Harringa, counsel for Defendants Keith Ellison and Nicole Blissenbach, regarding Plaintiff's Motion to Amend Complaint by Zoom videoconference on April 29, 2024.

As a result of the meet-and-confer, the parties:

☒　　Do **not** agree on the resolution of any part of the motion.

☐　　Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: April 30, 2024

        */s/ Thomas R. Revnew*
Thomas R. Revnew, Bar No. 0295620
trevnew@littler.com
Kurt J. Erickson, Bar No. 158380
kerickson@littler.com
Jacob D. Multer, Bar No. 0401877
jmulter@littler.com

LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

Attorneys for Plaintiffs