UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA CHAPTER OF ASSOCIATED BUILDERS AND CONTRACTORS, INC., NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., and LAKETOWN ELECTRIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY JAMES WALZ, in his official capacity as Governor of the State of Minnesota, KEITH ELLISON, in his official capacity as Attorney General of Minnesota, NICOLE BLISSENBACH, in her official capacity as Commissioner of the Minnesota Department of Labor and Industry,<br><br>Defendants. | Court File No. 24-cv-00536 (KMM/ECW)<br><br><br><br><br><br>**DEFENDANTS' MOTION TO STAY PROCEEDINGS** |

TO: The Administrator of the Above-Named Court, Plaintiffs, and their attorneys Thomas R. Revnew, Kurt J. Erickson, and Jacob Multer, Littler Mendelson, 1300 IDS Center, 80 South 8th St., Minneapolis, MN 55402.

Defendants Governor Timothy James Walz, Attorney General Keith Ellison, and Commissioner Nicole Blissenbach move the Court to stay the proceedings pending the outcome of Defendants' appeal of this Court's order on Defendants' motion to dismiss. This motion is made pursuant to federal common law and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

*Signatures on following page*

Dated:  October 23, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ Benjamin Harringa
BENJAMIN HARRINGA
Atty. Reg. No. 0399254
NICK PLADSON
Atty. Reg. No. 0388148
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
Benjamin.Harringa@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS